# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ROSEHILL CONSTRUCTION, LLC

NO.   2022 CW 1220

VERSUS

TED HEBERT, LLC

**JANUARY 17, 2023**

---

In Re:   Stantec Consulting Services, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 676846.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DISMISSED.** Pursuant to relator's motion to dismiss writ application representing that the writ application is now moot in light of the trial court's decision to allow relator to refile its motion for summary judgment, the writ application is dismissed.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT